1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. EDWARDS, | )   1:06mc0032 DLB |
| | ) |
| | ) |
| Plaintiff, | )   ORDER DIRECTING CLERK OF COURT TO |
| | )   CONVERT ACTION TO A REGULAR |
| v. | )   CIVIL CASE |
| | ) |
| REVENUE OFFICER DENNIS R. | ) |
| COLLINS, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

      Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash a defective notice of lien on August 4, 2006. The action has not yet been converted to a regular civil action. Therefore, the Clerk of Court is ORDERED to CONVERT this action to a regular civil action.

      IT IS SO ORDERED.

**Dated:**   **February 27, 2007**          _____/s/ **Dennis L. Beck**_____
9b0hie                                     UNITED STATES MAGISTRATE JUDGE

1