# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. EDWARDS, | ) |
| | ) 1:07cv0327 AWI DLB |
| Plaintiff, | ) |
| | ) ORDER TO SHOW CAUSE WHY ACTION |
| v. | ) SHOULD NOT BE DISMISSED |
| | ) |
| REVENUE OFFICER DENNIS R. COLLINS, | ) |
| | ) |
| Defendants. | ) |

Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash defective notices of tax lien on August 4, 2006. Plaintiff filed an amended application on August 28, 2006. The United States of America, the real party in interest, filed a motion to dismiss the application on December 21, 2006. The motion is pending before the Court.

Plaintiff, the sole general partner of Central Cinema, a limited partnership, is attempting to appear pro se to quash a notice lien filed against property owned by the partnership. However, a general partner cannot represent the partnership in pro se. D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d 972, 973-974 (9th Cir. 2004) ("It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'") (citing In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994)(nonattorney members of partnership cannot appear in court on behalf of partnership)).

1

Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed if Plaintiff does not obtain an attorney to represent Central Cinema, LP, within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **February 28, 2007**     **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE

2