# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. EDWARDS, | ) 1:07cv0327 AWI DLB |
| Plaintiff, | ) FINDINGS AND RECOMMENDATION<br>) REGARDING DISMISSAL OF ACTION |
| v. | ) |
| REVENUE OFFICER DENNIS R. COLLINS, | ) |
| Defendants. | ) |

    Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash defective notices of tax lien on August 4, 2006. Plaintiff filed an amended application on August 28, 2006. The United States of America, the real party in interest, filed a motion to dismiss the application on December 21, 2006. The motion is pending before the Court.

    On March 1, 2007, the Court issued an order to show cause why the action should not be dismissed if Plaintiff failed to obtain an attorney with thirty (30) days of the date of service of the order. Plaintiff did not respond to the order to show cause.

    Accordingly, the Court recommends that this action be dismissed because Plaintiff cannot represent Central Cinema, a limited partnership, in pro se. As explained in the order to show cause, Plaintiff is the sole general partner of Central Cinema, a limited partnership, and is attempting to appear pro se to quash a notice lien filed against property owned by the partnership. However, a general partner cannot represent the partnership in pro se. D-Beam Ltd. Partnership

1  v. Roller Derby Skates, Inc., 366 F.3d 972, 973-974 (9th Cir. 2004) ("It is a longstanding rule
2  that '[c]orporations and other unincorporated associations must appear in court through an
3  attorney.'") (citing In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994)(nonattorney
4  members of partnership cannot appear in court on behalf of partnership)).

**RECOMMENDATION**

6      Accordingly, because Plaintiff cannot appear pro se for Central Cinema and failed to
7  remedy the representation, the Court HEREBY RECOMMENDS that this action be dismissed.
8      These findings and recommendations are submitted to the Honorable Anthony W. Ishii,
9  United States District Court judge, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).
10 Within thirty (30) days after being served with these findings and recommendations, Plaintiff
11 may file written objections with the court. Such a document should be captioned "Objections to
12 Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
13 objections within the specified time may waive the right to appeal the District Court's order.
14 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16     IT IS SO ORDERED.
17     Dated:   **April 19, 2007**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE