UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID J. EDWARDS, | ) | |
| | ) | 1:07cv0327 AWI DLB |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | |
| | ) | (Document 22) |
| REVENUE OFFICER DENNIS R. COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash defective notices of tax lien on August 4, 2006.  The United States of America, the real party in interest, filed a motion to dismiss the application on December 21, 2006.  The motion is pending before the Court.  On March 1, 2007, the Court issued an order to show cause why the action should not be dismissed if Plaintiff failed to obtain an attorney within thirty (30) days.  Plaintiff failed to respond.

    On April 23, 2007, the Magistrate Judge issued Findings and Recommendation that the action be dismissed based on Plaintiff's inability to represent Central Cinema, a limited partnership, in pro se.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated April 23, 2007, is ADOPTED IN FULL; and
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 6, 2007**                         **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE